JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOJAN P. SHAHSAVAR,<br><br>Plaintiff,<br><br>vs.<br><br>BLUEMERCURY, INC., a corporation; MACY'S, INC., a corporation; et al.,<br><br>Defendants. | Case No.: CV 22-7060-DMG (Ex)<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(II) [24]** |

On June 13, 2023, the parties filed their Voluntary Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, pursuant to the parties' Stipulation,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice as to all parties pursuant to Rule 41(a)(1)(A)(ii). All scheduled dates and deadlines are VACATED.

DATED: June 15, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE